**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JERVIN MATHIUS BARRIENTOS-VANEGAS,** | **CIVIL ACTION** |
| **Petitioner,** | |
| **v.** | |
| | **NO.  26-4146** |
| **J.L. JAMISON, JOHN RIFE, MARKWAYNE MULLIN, TODD BLANCHE, U.S. DEPARTMENT OF HOMELAND SECURITY, EXECUTIVE OFFICE OF IMMIGRATION REVIEW,** | |
| **Respondents.** | |

**<u>O R D E R</u>**

**AND NOW**, this 23rd day of June, 2026, upon consideration of Jervin Mathius Barrientos-Vanegas's Petition for Writ of Habeas Corpus (ECF No. 1 (the "Petition")), and for the reasons stated in the accompanying Memorandum, it is **HEREBY ORDERED** as follows:

1.      The Petition is **GRANTED**. The Government shall **RELEASE** Petitioner from custody immediately and file an entry on the docket certifying compliance with this Order **no later than 5:00 p.m. on June 24, 2026.**

2.      Immediately upon Petitioner's release, Respondents shall return to Petitioner all personal property, including identification and other documents, confiscated upon or during his detention.

3.      Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2). Instead, Petitioner is subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a).

4.      The Government is temporarily enjoined from re-detaining Petitioner until **July 1, 2026**.

5.      If the Government decides to pursue re-detention of Petitioner after July 1, 2026, it must first provide him with a bond hearing by an Immigration Judge pursuant to 8 U.S.C. § 1226(a).

6.      The Government may not remove, transfer, or otherwise facilitate the removal of Petitioner from the Commonwealth of Pennsylvania before the ordered bond hearing. If the Immigration Judge determines at the bond hearing that Petitioner is subject to detention under 8 U.S.C. § 1226(a), the Government may request permission from this Court to move Petitioner if unforeseen or emergency circumstances so require.

7.      The Clerk of Court shall **MARK** this case as **CLOSED**.

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**

**HODGE, KELLEY B., J.**